**Bryant K. MCARTHUR, Plaintiff— Appellant,**

v.

**Albert Earl DAVIS, Defendant— Appellee.**

No. 06–7001.

United States Court of Appeals, Fourth Circuit.

Submitted July 20, 2006.

Decided July 28, 2006.

Bryant K. McArthur, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Baltimore, Maryland, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bryant K. McArthur appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McArthur v. Davis,* No. 1:05–cv–03266–AMD (D.Md. May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*